167 So.2d 673

### Norman L. ORDONEAUX

v.

### KOLLER CONSTRUCTION COMPANY.

No. 47443.

Oct. 7, 1964.

In re: Koller Construction Company applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Jefferson Davis. 166 So.2d 1.

Writ refused. The result is correct.

167 So.2d 673

### William E. SNELL, Jr.

v.

### INTERCOASTAL AIRWAYS, INC., et al.

No. 47447.

Oct. 7, 1964.

In re: William E. Snell, Jr., applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 165 So.2d 878.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.